IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| DEMETRIUS ROBINSON | : | Case No.  19-23597-LSS |
| TAMARA ROBINSON | : | Chapter 7 |
| | : | |
| Debtors | : | |

APPLICATION BY CHAPTER 7 TRUSTEE
TO RETAIN LAW FIRM OF COHEN, BALDINGER & GREENFELD, L.L.C.

The application of Merrill Cohen, Trustee, respectfully represents:

1. On October 11, 2019, Demetrius Robinson and Tamara Robinson (Debtors) filed a Bankruptcy under Chapter 7.

2. Merrill Cohen is the duly appointed Chapter 7 Trustee in these proceeding.

3. The Trustee wishes to employ Cohen Baldinger & Greenfeld, LLC (hereinafter "CBG") to represent him in these proceedings.  More specifically, the Trustee wishes to employ Merrill Cohen and Augustus T. Curtis, duly admitted to practice in the District of Maryland and in this Court, to represent the interests of the Trustee herein.

4. Your applicant has selected said law firm and member for the reason that the law firm has had considerable experience in matters of this character, and the Trustee believes that Merrill Cohen and Augustus T. Curtis are well qualified to represent it as Trustee in this proceeding.

5. The professional services that CBG is to render are:

  (a) to give the Trustee legal advice with respect to his powers and duties;

   (b) to prepare on behalf of your applicant as Trustee necessary applications, answers, orders, reports and other legal papers; and

   (c) to perform all other legal services for the Trustee which may be necessary herein.

 6. It is necessary for the Trustee to employ an attorney for such professional services.

 7. To the best of Trustee's knowledge, said law firm and its members have no connection with the Debtors, creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows: the said law firm represented the sister of counsel for the Debtors in a Chapter 7 case filed in this court in 2015.

 8 . Your applicant desires to employ the law firm of CBG under a general retainer because of the legal services required.  CBG has agreed to be compensated based on the firm's normal hourly rates, subject to the approval of this Court after notice and the opportunity for hearing.  CBG's normal rates are currently five hundred and twenty five dollars ($525.00) per hour for services provided by Merrill Cohen, and four hundred and twenty-five dollars ($425.00) per hour for services provided by Augustus T. Curtis.

 9. The firm of CBG, and its members, represent no interest adverse to the Debtor or the estate upon which it is to be engaged for the Trustee, and its employment would be in the best interests of the estate.

 WHEREFORE, the premises considered, it is prayed that this Honorable Court enter an Order allowing the retention of the law firm of Cohen, Baldinger & Greenfeld, LLC under a general retainer to represent the Trustee, and allowing such other and further relief as is just.


COHEN, BALDINGER & GREENFELD, LLC

By: */s/ Merrill Cohen*
    Merrill Cohen
    2600 Tower Oaks Blvd.
    Suite 103
    Rockville, MD   20852
    (301) 881-8300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Application will be served electronically via the Court's CM/ECF system on the following:

Lawrence E. Heffner, Attorney for Debtor

I HEREBY FURTHER CERTIFY that on this 23rd day of December, 2019, a copy of the foregoing Application was mailed first class mail, postage prepaid to: Demetrius Robinson and Tamara Robinson, 10016 Founders Way, Damascus, MD 20872; and the Office of the United States Trustee, 6305 Ivy Lane, Ste. 600, Greenbelt, MD 20770.

    */s/ Merrill Cohen*
    Merrill Cohen